

U.S. Department of Justice

United States Attorney
Eastern District of New York

AFM:LAB
F. #2015R01725

271 Cadman Plaza East
Brooklyn, New York 11201

August 29, 2022

BY HAND DELIVERY AND ECF

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Dmitry Ukrainskiy
       Criminal Docket No. 22-351 (FB)

Dear Chief Judge Brodie, Judge Block, and Judge Korman:

    Pursuant to Local Rule 50.3.2, the government hereby notifies the Court that the above-captioned case United States v. Ukrainskiy No. 22-351 (FB) is presumptively related to United States v. Khaimov No. 17-25 (ERK), United States v. Komova No. 17-cr-88 (ERK), and United States v. John Doe No. 17-04-(ERK) (collectively, the "Related Cases").

    Local Rule 50.3.2(b)(1) provides for a "presumption that one case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case." Local Rule 50.3.2(c)(1) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be presumptively related to another pursuant to Section (b)(1)."

    This letter constitutes the notice directed by Local Rule 50.3.2(c)(1). This case is presumptively related to the Related Cases because the facts of United States v. Ukrainskiy arise

out of the same criminal scheme. Specifically, the defendants in the Related Cases were charged with conduct relating to the same conspiracy to steal proceeds from victim bank accounts through the use of malware and other mechanisms.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

By:     /s/
                Alexander Mindlin
                Lauren A. Bowman
                Assistant United States Attorneys
                (718) 254-7000

cc:    Sabrina Shroff, Esq. (via electronic mail)